IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROY A. CALL,                               :

               Plaintiff          :        Case Number 3:13-cv-133

vs.                                        :        Judge Rose

CITY OF RIVERSIDE, *et al*,                :

               Defendants.        :

## MOTION FOR EXTENSION OF TIME

Now comes the Plaintiff Roy Call, through his counsel, and moves the Court for an extension of time of 14 days, or until the 9th of December, 2013, to file his Response to the Defendants' Motion for Partial Judgment on the Pleadings.

Plaintiff request, the extension because his counsel's daughter got married in Georgia shortly before the motion was filed and when he returned home his began to have problems with his computer. In his efforts to catch up after these problems, counsel has not had sufficient time to adequately prepare and file a response to the motion.

On November 22, 2013, counsel contacted Defendant' counsel Kevin Lantz and explained the situation and he graciously agreed to the 14 day extension.

Accordingly, Plaintiff Roy Call requests the Court to extend the time for him to file his response to December 9, 2013.

Dated November 22, 2013                    Respectfully submitted,
                                           /s/ Charles E. McFarland
                                           Charles E. McFarland
                                           Attorney at Law
                                           338 Jackson Rd.
                                           New Castle, Kentucky 40050
                                           (502) 845-2754
                                           mcfarlandc@bellsouth.net

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 22nd day of November, 2013 , 2009, a copy of the foregoing Amended Motion to Continue Trial and Preliminary Pretrial Schedule was filed on January 21, 2009 using the electronic court filing system, and will be distributed to the following shortly after its filing:

Kevin A. Lantz,
Counsel for the Defendants
 SURDYK, DOWD & TURNER,
        CO., L.P.A
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
klantz@sdtlawyers.com;


Dawn M Frick
Counsel for the Defendants
 SURDYK, DOWD & TURNER,
        CO., L.P.A
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
dfrick@sdtlawyers.com; and

Jeffery C. Turner
Counsel for the Defendants
 SURDYK, DOWD & TURNER,
        CO., L.P.A
One Prestige Place, Suite 700
Miamisburg, Ohio 45342
jturner@sdtlawyers.com.

/s/ Charles E. McFarland
Charles E. McFarland