IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ROY A. CALL, | : | |
| Plaintiff, | : | |
| | | Case No. 3:13-cv-133 |
| vs | | |
| CITY OF RIVERSIDE, OHIO et al., | : | District Judge Thomas M. Rose |
| Defendants. | : | |

**ORDER OF DISMISSAL: TERMINATION ENTRY**

The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

IT IS SO ORDERED.

*s/Thomas M. Rose*

Date: **June 24, 2014**

Thomas M. Rose, Judge
United States District Court